**Motion Denied and Order filed October 6, 2016**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00938-CV

———————

**JOSE GERARDO PADILLA, GIOVANNA PADILLA AND HOUSTON BEST FOODS & SERVICES, LLC D/B/A DONERAKI FULTON, Appellants**

**V.**

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1010704**

## ORDER

Appellee's motion for en banc reconsideration is **DENIED**. The panel notes that appellee's arguments regarding additional elements of an inverse condemnation claim, based on the supreme court's recent opinion on rehearing in *Harris County Flood Control District v. Kerr*, were not presented to the trial court as grounds for dismissal and the record was not developed regarding those issues.

PER CURIAM